UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60633-CIV-COHN/SELTZER

CAROLYN ANGLE,

    Plaintiff,

vs.

CELEBRATION CRUISE
OPERATOR, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Dismiss [DE 21], in which Plaintiff informs the Court that the parties have settled this action. The Court construes Plaintiff's Motion to Dismiss as a motion for voluntary dismissal with prejudice. See Fed. R. Civ. P. 41(a)(2). The Court having reviewed the motion, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss [DE 21] is hereby **GRANTED**. The above-styled action is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of July, 2012.

                                        _____
                                        JAMES I. COHN
                                        United States District Judge

Copies to:

Counsel of record via CM/ECF